U.S. Department of Justice
United States Marshals Service
Southern District of New York



500 Pearl Street, Suite 400, New York, NY 10007

## STATEMENT OF SERVICE BY MAIL AND ACKNOWLEDGMENT OF RECEIPT BY MAIL OF SUMMONS AND COMPLAINT

**A.     STATEMENT OF SERVICE BY MAIL**

United States District Court
for the
Southern District of New York

September 24, 2007

Civil File Number 07 Civ. 7790

Michael Coleman
vs.
Sharon Henry et.al.

TO:   Richard J. Korn, Esq
      31 Smith Street
      Brooklyn, NY 11205-5111

The enclosed summons and complaint are served pursuant to Fed. R. Civ. P. 4(e)(1) and section 312-a of the New York Civil Practice Law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date and complete the acknowledgment part of this form and mail or deliver this original completed form to the U.S. Marshals Service within thirty (30) days from the date of this form. A self addressed envelope has been included for your convenience. You should keep a copy for your records and/or for your attorney. If you wish to consult an attorney, you should do so as soon as possible before the thirty (30) days expire.

If you do not complete and return the form to the U.S. Marshals Service within thirty (30) days, you (or the party on whose behalf you are being served) may be required to pay expenses incurred in serving the summons and complaint in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

The return of this statement and acknowledgment does not relieve you of the necessity to answer the complaint. The time to answer expires twenty (20) days after the day you mail or deliver this form to the U.S. Marshals Service. If you wish to consult with an attorney, you should do so as soon as possible before the twenty (20) days expire.

If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

It is a crime to forge a signature or to make a false entry on this statement or on the acknowledgment.

OVER>>>

CIVIL ACTION FILE NUMBER   07 Civ. 7790

Michael Coleman    vs.    Sharon Henry et.al.

**B.   ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I received a summons and complaint. PLEASE CHECK ONE OF THE FOLLOWING;
IF 2 IS CHECKED, COMPLETE AS INDICATED:

1. ✓ I am not in military service.

2. ___ I am in military service, and my rank, serial number and branch of service are as follows:

   Rank: _____
   Serial Number: _____
   Branch of Service: _____

TO BE COMPLETED REGARDLESS OF MILITARY STATUS:

Date: __10/26/2007__
(Date this acknowledgment is executed)

I affirm the above as true under penalty of perjury

_____
Signature

__MATTHEW A KAUFMAN__
Print Name

__Attorney for RICHARD KORN, ESQ__
Relationship to Entity/Authority to Receive Service of Process (i.e., self, officer, attorney, etc.)

USMS OFFICIAL: DIANA BAERGA