UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
MICHAEL COLEMAN,

                Plaintiff,          NOTICE OF APPEARANCE

      -against-              Dkt. No.   07 Civ 7790 (SAS)

"JANE" CUDNEY, SHARON HENRY, JOHN
ZWARYCZUK, EDWARD DEL RIO, DANIEL
A. LANDES, OSVALDO CABAN, ESQ.,
THOMAS GELLER. RICHARD KORN, ESQ.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**PLEASE TAKE NOTICE,**

       THAT, the Defendant, Richard Korn, Esq., appears herein by his attorney, Matthew A. Kaufman, Esq., and all notices and correspondences are to be served upon the undersigned.

Dated: Brooklyn, N.Y.
       October 27, 2007

                              Yours, etc.,
                              MATTHEW A. KAUFMAN

                              By:   Matthew A. Kaufman [MK 0598]
                              Attorney for Richard Korn, Esq.
                              32 Court Street - Suite 1506
                              Brooklyn, New York 11201
                              Tel. No. (718) 222-1919

TO:   CLERK OF THE COURT,
        U.S.D.C., S.D.N.Y.

        MR. MICHAEL COLEMAN
        PAROLE OFFICER "JANE" CUDNEY
        PAROLE OFFICER SHARON HENRY
        PAROLE OFFICER JOHN ZWARYCZUK
        PAROLE OFFICER EDWARD DEL RIO
        DANIEL A. LANDES
        OSVALDO CABAN, ESQ.
        THOMAS GELLER, A.L.J.

## DECLARATION OF SERVICE

STATE OF NEW YORK, COUNTY OF KINGS    ): ss.:

**MATTHEW A. KAUFMAN,** being over 18 years of age and not a party to this proceeding, does Certify, state and say under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am over 18 years of age, am counsel for the Plaintiff herein, and have my office at 32 Court Street, Suite 1506, Brooklyn, New York and make this Declaration based upon my personal knowledge.

2. On October 27, 2007, deponent personally served the within Notice of Appearance to the Parties indicated below by depositing true and accurate copies by mail enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York State, addressed to each of the following persons at the last known address set forth after each name:

Mr. Michael Coleman
P.O. Box 1721
Radio City Station
New York, N.Y. 10101-1721

Parole Officer "Jane" Cudney
Groveland Corr. Fac.
7000 Sonyea Road
Sonyea, N.Y. 14556

Parole Officer Sharon Henry
N.Y.S. Div'n Parole
119 West 31st Street
New York, N.Y. 10001

Parole Officer John Zwaryczuk
Parole Officer Edward Del Rio
N.Y.S. Div'n Parole
146 Bay Street
Staten Island, N.Y. 10301

Daniel A. Landes
N.Y.S. Div'n Parole
314 West 40th Street
New York, N.Y. 10018

Osvaldo Caban, Esq.
67 Wall Street
New York, N.Y. 10005-3101

Thomas Geller, A.L.J.
N.Y.S. Div'n Parole
314 West 40th Street
New York, N.Y. 10018

Dated: Brooklyn, N.Y.
October 27, 2007

_____
MATTHEW A. KAUFMAN

Docket No. 07 Civ. 7790 (SAS)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL COLEMAN,

          Plaintiff,

-against-

"JANE" CUDNEY, SHARON HENRY, JOHN ZWARYCZUK, EDWARD DEL RIO, DANIEL A. LANDES, OSVALDO CABAN, ESQ., THOMAS GELLER, RICHARD J. KORN, ESQ.,

          Defendants.

NOTICE OF APPEARANCE

**MATTHEW A. KAUFMAN**
ATTORNEY FOR DEFENDANT RICHARD KORN, ESQ.
32 COURT STREET - SUITE 1506
BROOKLYN, NEW YORK 11201
TEL. NO. (718) 222-1919
FILE NO. 13,297.30