


RECEIVED
CHAMBERS OF
JAN 11 2008
JUDGE SCHEINDLIN

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

| ANDREW M. CUOMO<br>Attorney General | January 11, 2008 | LESLIE G. LEACH<br>Executive Deputy Attorney General<br>Division of State Counsel |
|---|---|---|
| | | JUNE DUFFY<br>Assistant Attorney General in Charge<br>Litigation Bureau |

<u>Via Fax (212)805-7920</u>
Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: <u>Coleman v Cudney</u>
           07CV7790 (SAS)(HBP)

Dear Mr. Coleman:

    This letter is written with plaintiff's consent on behalf of defendants, Administrative Law Judges Daniel A. Landes and Thomas Geller ("ALJ defendants") respectfully to request an eight calendar day extension of time until January 23, 2008 to file their motion to dismiss the complaint on the grounds of absolute immunity. The motion is needed because plaintiff advised counsel earlier this week that he will not withdraw voluntarily his claims against the ALJ defendants. Under the schedule suggested at the December 26, 2007 conference, ALJ defendants' motion is to be submitted by January 15, 2008, plaintiff's response is due by January 22nd and defendants' reply is due on January 29th.

    . An extension of time is being requested because work on pre-existing deadlines, after plaintiff gave his notice, has made preparation of the motion difficult under the current deadline. I will also be out of the office at a deposition on January 17th. If the above request for an extension is granted, ALJ defendants would not oppose a similar extension of time for plaintiff's response. No previous requests for such an extension have been made.

*Defendants' motion is due on January 18th.*
*Plaintiff's response is due on January 25th.*
*Defendants' reply is due on February 1st.*

SO ORDERED

[signature]
Shira A. Scheindlin
U.S.D.J.

Date: New York, New York
January 11, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 - Not For Service of Papers
http://www.oag.state.ny.us

Hon. Shira A. Scheindlin  
United States District Judge        January 11, 2008        Page Two

Very truly yours,

Donald Nowve  
Assistant Attorney General  
(212) 416-8227

c: <u>Via Regular U.S. Mail</u>  
   Michael Coleman, <u>pro se</u>  
   P.O. Box 1721  
   Radio City Station  
   New York, N.Y. 10101-1721

   <u>Via Fax</u>  
   Matthew Kaufman, Esq.  
   Jason M. Baxter, Esq.