**MATTHEW A. KAUFMAN**
ATTORNEY AT LAW
32 COURT STREET - SUITE 1506
BROOKLYN, NEW YORK 11201

MATTHEW A. KAUFMAN*

\* MEMBER NY & NJ BARS

TEL. No. (718) 222-1919
FAX No. (866) 784-1378

VIA FAX
FAX No. (212) 805-7920

RECEIVED
CHAMBERS OF
JAN 14 2008
JUDGE SCHEINDLIN

January 14, 2008

Hon. Shira A. Scheindlin, J.
United States District Court
  Southern District of New York
United States Courthouse
500 Pearl Street - Room 1620
New York, New York 10007

    Re:    *Michael Coleman v. "Jane" Cudney, et al.*
           Docket No.        07 Civ 7790 (SAS)
           My File No.       13,297.301

Dear Judge Scheindlin:

    I am counsel for Richard J. Korn, Esq., a named individual defendant in the above action, and I am writing to the Court to request a an adjustment and alteration of the motion schedule for my submission of my client's motion to dismiss pursuant to Fed. R. Civ. P. 12 (b) (6).

    Pursuant to the Court Conference on December 26, 2007, your Honor indicated a briefing schedule providing for the parties to file their motions on January 15, 2008, with Defendant to file his Response by January 22, 2008 and the Defendants' to file their Reply by January 29, 2008. Earlier today, the Court granted a request by counsel for the Administrative Law Judges Daniel A. Landes and Thomas Geller to alter that schedule to January 18, 2008, with the Plaintiff's Opposition due on January 25, 2008 and the Defendants' Reply papers on February 1, 2008. Based on the foregoing, I would request the Court to grant a similar adjustment to the briefing schedule to include my client.

Thank you for your consideration of the within application.

Respectfully yours,

Matthew A. Kaufman

MAK
encl.
cc: Mr. Michael Coleman    [regular mail]
    Donald Nowve, AAG    [via fax]
    Jason M. Baxter, Esq.    [via fax]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/08

*[Handwritten note:]* Defendant's request is granted. Defendant's brief is due on January 18, 2008, and defendant's reply brief is due on February 1, 2008.

SO ORDERED

Date: New York,
Jan. 14, 2008

Shira A. Scheindlin
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CHAMBERS OF JUDGE SHIRA A. SCHEINDLIN
NEW YORK, NEW YORK  10007
Telephone (212) 805-0246
Telefax  (212) 805-7920

### FACSIMILE COVER SHEET

The information contained in this facsimile message is intended only for the use of the individual or entity named below.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service.

ADDRESSEE:   Matthew A. Kaufman, Esq.

ADDRESSEE FACSIMILE TELEPHONE NUMBER:  (866) 784-1378

NAME OF COMPANY:

COMPANY TELEPHONE NUMBER:  (718) 222-1919

CITY AND STATE:    Brooklyn, NY 11201

DATE TRANSMITTED: January 15, 2008    TIME TRANSMITTED: 11:19 a.m.

SENDER/NAME: JUDGE SHIRA A. SCHEINDLIN

OPERATOR:

CASE NAME: Michael Coleman v. Jane Cudney, et al.

DOCKET NUMBER: 07 Civ. 7790(SAS)

NUMBER OF PAGES Including Cover Sheet:    2

## PLEASE DELIVER IMMEDIATELY!!

MESSAGE: **LETTER ENDORSEMENT**

**\*\***   IT IS ORDERED that counsel to whom this LETTER ENDORSEMENT is faxed is *responsible for notifying all parties*  and retaining verification of such in your case file.  Do not Fax such verification to Chambers.
   X    Original will **NOT** follow           Original **WILL** follow