Original

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08

January 23, 2008

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Via U.S. MAIL

RECEIVED
CHAMBERS OF
JAN 24 2008
JUDGE SCHEINDLIN

Re:   07 Civ. 7790 (SAS)(HBP)
      Coleman v. Cudney, et al.

Your Honor:

    On Thursday, January 17, 2008, I was diagnosed at the Emergency Room of Bellevue Hospital with a stomach virus (copy of emergency room receipt enclosed) and was unable to work for awhile. This is to request an extension to February 1, 2008, to respond to the ALJs Landes' and Geller's motion for dismissal, and to February 8, 2008, to the lawyers Korn and Caban's motions for dismissal.
    On Friday, January 18, 2008, I told Mr. Riley of this, and left telephonic messages with defendant's attorneys (Mr. Baxter said he also was ill). I have heard no objections, and have no objections if they request similar extensions.
    Thank you for your kind consideration.

                          Sincerely,

                          Michael Coleman, *pro se*
                          P.O. Box 1721
                          Radio City Station
                          New York, NY 10101-1721

---

*[Handwritten order:]*

Plaintiff's request is granted in part. Plaintiff's opposition to all pending motions to dismiss must be submitted by Feb. 1, 2008. Defendants may reply by Feb. 8, 2008.

Date: Jan. 24, 2008     SO ORDERED:

                          Shira A. Scheindlin, USDJ

Hon. Shira A. Scheindlin<br>
January 23, 2008<br>
<u>Page 2 of 2</u>

Cc:   (w/o enclosure)

     Donald Nowve
     Assistant Attorney General
     120 Broadway
     New York, NY 10271-0332

     Matthew A. Kaufman, Esq.
     32 Court Street – Suite 1506
     Brooklyn, NY 11201

     Jason M. Baxter, Esq.
     267 Fifth Avenue, Suite 601
     New York, NY 10016