USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

February 1, 2008

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Via U.S. MAIL

FEB 0 5 ...
JUDGE SCHEINDLIN

    Re:    07 Civ. 7790 (SAS)(HBP)
              Coleman v. Cudney, et al.

Your Honor:

    Under the constraints of Polk County v. Dobson, 454 U.S. 312 (1981), I am dismissing my action, without prejudice, against defendants Osvaldo Caban, Esq., and Richard J. Korn, Esq. I am convinced my position is valid but it appears the means to proceed, at present, are unfavorable and unsatisfactory at best. See, Commissioner v. Americans United, 416 U.S. 752, 763 (1974) (Blackmun, J., dissent).

    Thank you for your kind consideration.

Sincerely,

Michael Coleman, *pro se*
P.O. Box 1721
Radio City Station
New York, NY 10101-1721

Cc:    Jason M. Baxter, Esq.
       267 Fifth Avenue, Suite 601
       New York, NY 10016

       Matthew A. Kaufman, Esq.
       32 Court Street—Suite 1506
       Brooklyn, NY 11201

       Donald Nowve
       Assistant Attorney General
       120 Broadway—24th Floor
       New York, NY 10271-0332

*[Handwritten note:]* The instant action against Osvaldo Caban and Richard Korn is hereby dismissed, without prejudice. So Ordered.

*[Signature]*
USDJ
3/7/08