```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                              :
MICHAEL COLEMAN,
                                                              :         ORDER
             Plaintiff,
                                                              :    07 Civ. 7790 (SAS)
    - against -
                                                              :
JANE CUDNEY, et al.,
                                                              :
             Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SHIRA A. SCHEINDLIN, U.S.D.J.:

For the reasons stated at today's conference, the following motions are granted: motion to dismiss for failure to state a claim filed by defendants Osvaldo Caban and Richard J. Korn; motion for judgment on the pleadings filed by defendants Daniel A. Landes and Thomas Geller. Accordingly, defendants Osvaldo Caban, Richard J. Korn, Daniel A. Landes, and Thomas Geller are hereby dismissed from this lawsuit.

For the reasons stated at today's conference, the following motions are denied: motions for sanctions pursuant to Rule 11 filed by Osvaldo Caban; motion for attorney's fees filed by defendant Richard J. Korn. Korn's motion for attorney's fees is subject to reinstatement, however, in the event that plaintiff makes any recovery from the remaining defendants.

The Clerk of the Court is directed to close these motions (Documents # 21, 22, 24, and 26).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
          March 11, 2008

## - Appearances -

**Plaintiff (Pro Se):**

Michael Coleman
P.O. Box 1721
Radio City Station
New York, NY 10101
(347) 267-2013

**For Defendants Geller
 and Landes:**

Donald Nowve
Assistant Attorney General
120 Broadway, 24th Floor
New York, NY 10271
(212) 416-8227

**For Defendant Caban:**

Jason M. Baxter, Esq.
267 Fifth Avenue, Suite 601
New York, NY
(212) 889-9811


**For Defendant Korn:**

Matthew Kaufman, Esq.
32 Court Street, Suite 1506
Brooklyn, NY 11201
(718) 222-1919