UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MICHAEL COLEMAN,                                                Index No.: 07 Civ. 7790 (SAS)

                Plaintiff,                                **NOTICE OF APPEARANCE**

   -against-

"JANE CUDNEY, SHARON HENRY, JOHN
ZWARYCZUK, EDWARD DEL RIO, DANIEL
A. LANDES, OSVALDO CABAN, ESQ.,
THOMAS GELLER, RICHARD KORN, ESQ.

                Defendants
-------------------------------------------------------X

      PLEASE TAKE NOTICE that Elora Mukherjee (EM 0921) of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for plaintiff in the above entitled action and demand that all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       April 11, 2008

                                            By: _____
                                                Elora Mukherjee (EM 0921)

                                                EMERY CELLI BRINCKERHOFF
                                                   & ABADY LLP

                                                75 Rockefeller Plaza, 20th Floor
                                                New York, New York 10019
                                                (212) 763-5000

                                                *Attorneys for Plaintiff*