


*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ____ / DATE FILED: 4-14-08*

**STATE OF NEW YORK**
OFFICE OF THE ATTORNEY GENERAL

| ANDREW M. CUOMO | | LESLIE G. LEACH |
|---|---|---|
| Attorney General | April 11, 2008 | Executive Deputy Attorney General |
| | | Division of State Counsel |

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

*RECEIVED CHAMBERS OF APR 11 2008 JUDGE SCHEINDLIN*

Via Fax (212)805-7920
Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Coleman v Cudney
   07CV7790 (SAS)(HBP)

Dear Judge Scheindlin:

This letter is written with the consent of Attorneys Elora Mukerjee and Matthew Brinkhoff, prospective counsel for plaintiff, to request an extension for time from April 15, 2008 until April 22, 2008 to file a motion to dismiss the complaint pursuant to Fed. R. Cv. P. 12(c) on behalf of remaining defendants Parole Revocation Specialist Edward Del Rio, Parole Officer Sharon Henry, Senior Parole Officer John Zwaryczuk and Parole Officer Barbara Cudney ("Parole defendants"). No previous requests have been made for such an extension.

The motion schedule set during March 11th conference states that parole defendants' motion is due by April 15th; plaintiff's opposition is due by April 29th and parole defendants' reply is due by May 9th. Although the Court noted that the motion dates should be without extension, we are making this application for a one week extension to permit additional time to determine what discovery documents may be submitted as exhibits in support of defendants' motion. I anticipate that work on the motion, including supervisory review, can be completed by April 22nd because I will be out of town for the Passover holidays from April 17th until April 21st. Additionally, this office only today learned that plaintiff has retained counsel and needs the additional time to determine the ramifications of that for the contemplated motion. Particularly, Attorney Mukerjee indicated that she will be filing a notice of appearance on plaintiff's behalf, and may wish to discuss with me the possibility of filing an amended complaint.

*[Handwritten endorsement:]* With great reluctance the one-week adjournment is granted. New schedule — April 22; May 6; May 16. No party may contact the court for any further adjournment. So Ordered. [signature] USDJ 4/11/08

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us

Hon. Shira A. Scheindlin
United States District Judge   April 11, 2008   Page Two

Accordingly, if acceptable to the Court, the revised motion schedule would be as follows:

> April 22nd for parole defendants' motion papers;
> May 6th for plaintiff's opposition papers;
> May 16th for parole defendants' reply papers

Respectfully submitted,

Donald Nowve
Assistant Attorney General
(212)416-8227

c: Via Fax (212)763-5001
Elora Mukherjee, Esq.
Emery, Celli, Brinkerhoff & Abady, LLP.