RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
ILANN M. MAAZEL
ERIC HECKER
MARIANN MEIER WANG
SARAH NETBURN
KATHERINE ROSENFELD
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KENNISHA A. AUSTIN
DEBRA L. GREENBERGER
ELORA MUKHERJEE

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
75 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10019

TELEPHONE
(212) 763-5000
TELECOPIER
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

April 16, 2008

[Stamp: ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08]

**By Facsimile**
The Honorable Shira A. Scheindlin
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Coleman v. Cudney, et al.*, 07 Civ. 7790 (SAS)

Dear Judge Scheindlin:

  We represent plaintiff Michael Coleman in the above-referenced case. Mr. Coleman represented himself prior to retaining this firm. We were retained last Thursday and filed our notice of appearance on Friday.

  With defendants' consent, we write to request leave to file an amended complaint by no later than April 23, 2008. The amended complaint will state a single claim for relief under 42 U.S.C. § 1983 alleging that Mr. Coleman's right to due process was violated by his incarceration for allegedly violating the terms of his post-release supervision because the supervision itself was imposed administratively rather than by the sentencing court. *See Earley v. Murray*, 451 F.3d 71 (2d Cir. 2006) (holding that administrative imposition of post-release supervision violated clearly established Supreme Court precedent) (citing *Hill v. United States ex rel. Wampler*, 298 U.S. 460 (1936) (Cardozo, J.)).

  As the Court may recall, defendants had intended to move to dismiss pursuant to Fed. R. Civ. P. 12 (c), and their motion was due April 22, 2008. Because plaintiff no longer intends to pursue the claims that defendants were moving to dismiss, and instead seeks leave to file an amended complaint, the rationale for the motion exists no more.

  Thank you for your attention to this matter.

Respectfully submitted,

Elora Mukherjee (EM 0921)

cc: Donald Nowve, Esq. (by email)

[Handwritten: Request granted. Plaintiff may file amended complaint by April 25, 2008. So Ordered: [signature] USDJ 4/16/08]