✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

MICHAEL COLEMAN,

**SUMMONS IN A CIVIL ACTION**

V.

BRIAN FISCHER, et al.

CASE NUMBER:

TO: (Name and address of Defendant)

Sharon Henry

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019

an answer to the complaint which is served on you with this summons, within _____ -20- _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

DATE                                                                APR 2 5 2008

CLERK

(By) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)* | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

       I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                            *Signature of Server*

                                                 _____
                                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

Index No: 07–cv–7790 (SAS)
Date Filed: 04/25/2008
Office No:
Court Date:

**MICHAEL COLEMAN,**

     PLAINTIFF

– vs. –

**BRIAN FISCHER, ET AL,**

     DEFENDANT

___

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**BYRON ROBUSKY** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **05/13/2008** at **2:25PM** at **314 W 40TH STREET % NYS Division of Parole, NEW YORK, NY 10001**, I served the **SUMMONS AMENDED COMPLAINT JUDGES RULES** upon **SHARON HENRY** the **DEFENDANT** therein by delivering and leaving a true copy or copies of the aforementioned documents with **"JANE" IRIS, CO–TENANT OF THE DEFENDANT**, a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

SEX: **FEMALE**  COLOR: **BROWN**  HAIR: **BROWN**
APP. AGE: **45**  APP. HT: **5'5**  APP. WT: **150**
OTHER IDENTIFYING FEATURES: **GLASSES**

On **05/15/2008** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post–paid wrapper addressed to said **DEFENDANT** at **314 W 40TH STREET % NYS Division of Parole, NEW YORK, NY 10001**. That address being **last known residence, usual place of abode of the DEFENDANT**.

Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to before me on **05/15/2008**.

HARVEY TAUBER
Notary Public State of New York
No. 01TA4867012
Qualified in BRONX
Commission Expires 12/31/2010

BYRON ROBUSKY – 867464
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ZL