RECEIVED
JUN 12 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

June 12, 2008

Via Fax (212)805-7924
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: Coleman v Cudney, et. al.
07CV7790(SHS)

Dear Judge Stein:

This letter is written with consent of plaintiff's counsel, Elora Mukherjee, respectfully to request until July 3, 2008 to respond to the amended complaint ("AC") on behalf of all defendants. No previous requests for such an extension have been made.

The AC includes "original" represented New York State Division of Parole ("DP") defendants Parole Revocation Specialist Edward Del Rio, Parole Officer Sharon Henry, Senior Parole Officer John Zwaryczuk and Parole Officer Barbara Cudney. An Answer to the initial complaint filed on behalf of the original DP defendants on December 3, 2007 (PACER docket #15).[1]

The AC includes the original DP defendants and four "new" defendants from the New York State Department of Correctional Services ("DOCS"), Commissioner Brian Fischer, Counsel Anthony J. Annucci, former Acting Commissioner Lucien J. LeClaire, Jr., and former Commissioner Glenn S. Goord. The AC also includes an additional Parole Officer, John Martinez. These "new" defendants have requested representation by the Office of the Attorney General.

---

[1] Claims against co-defendants DP Law Judges Daniel A. Landes and Thomas Geller, and separately represented co defendants Osvaldo Caban and Richard J. Korn were dismissed while plaintiff was proceeding pro se. See, Judge Scheindlin's order dated March 5, 2008 (PACER docket number 34).

SO ORDERED 6/13/08

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075
http://www.oag.state.ny.us

SIDNEY H. STEIN

Hon. Sidney H. Stein  
United States District Judge    June 12, 2008    Page Two

   The claims in the AC are different than those framed by plaintiff in the initial complaint while he was proceeding pro se. Accordingly, additional is needed to review the claims in the AC and confer with our clients to frame an appropriate response.

               Respectfully submitted,

               Donald Nowve  
               Assistant Attorney General  
               (212)416-8227

c: Via Fax (212)763-5001  
 Attorney Elora Mukherjee  
 Emery, Celli, Brinckerhoff,  
 & Abady, LLP.