


RECEIVED
JUL 2 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

July 2, 2008

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

Via Fax (212)805-7924
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

Re: Coleman v Cudney, et. al.
07CV7790(SHS)

Dear Judge Stein:

This letter is written with consent of plaintiff's counsel, Elora Mukherjee, respectfully to request a further extension of time from July 3, 2008 until July 29, 2008 to respond to the amended complaint ("AC") on behalf of all defendants. With the exception of defendants' initial request to respond by July 3rd, no previous requests have been made for an extension.

Additional time is needed because of time expended preparing pretrial submissions, including a summary judgment motion, in Lora v Perez, 05CV2849(RMB)(HBP) that are due by July 8th. I will be on vacation from July 11th until July 18th and must confer further with supervisory personnel and our clients to determine definitely whether to respond to the AC by means of an Answer or motion to dismiss pursuant to Fed. R. Cv. P 12(b)(6).

Respectfully submitted,

Donald Nowve
Assistant Attorney General
(212)416-8227

c: Via Fax (212)763-5001
Attorney Elora Mukherjee
Emery, Celli, Brinckerhoff,
& Abady, LLP.
Attorneys for Plaintiff

SO ORDERED 7/2/08

SIDNEY H. STEIN
U.S.D.J.

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us

JUL-02-2008 13:30   NYS   P.01
Received: Jul 2 2008 01:41pm