UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

MICHAEL COLEMAN,

                              :

                       Plaintiff,

                              :

             -against-

                              :

BRIAN FISCHER, Commissioner of the New:              **NOTICE OF MOTION**
York State Department of Correctional Services    :      **TO DISMISS AMENDED**
("DOCS"), in his individual  capacity; ANTHONY J.       **COMPLAINT**
ANNUCCI, Deputy Commissioner and Counsel for   :
DOCS, in his individual capacity; LUCIEN J.
LECLAIRE, JR., former Acting Commissioner of DOCS, :     07CV7790(SHS)
in his individual  capacity; GLENN S. GOORD, former        ECF
Commissioner of DOCS, in his individual capacity;   :
EDWARD DEL RIO, Parole Revocation Specialist, in his
individual capacity; JOHN ZWARYCZUK, Senior Parole :
Officer, in his individual capacity; BARBARA CUDNEY,
Institutional Parole Officer, in her individual capacity;   :
SHARON HENRY,  Parole Officer, in her individual
capacity; JOHN MARTINEZ, Parole  Officer, in his     :
individual capacity, and JOHN/JANE DOES 1-10 (DOCS
and division of Parole Supervisory, Training, and Policy   :
Personnel),

                              :

                     Defendants.

------------------------------------------------------------------------X

           PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law

defendants, BRIAN FISCHER, Commissioner of the New York State Department of

Correctional Services ("DOCS"), ANTHONY J. ANNUCCI, Deputy Commissioner

and Counsel for DOCS,  LUCIEN J. LECLAIRE, JR., former Acting Commissioner of DOCS,

GLENN S. GOORD, former  commissioner of DOCS,  EDWARD DEL RIO, Parole Revocation

Specialist, JOHN ZWARYCZUK,  Senior Parole Officer, BARBARA CUDNEY,  Institutional

Parole Officer,  SHARON HENRY, Parole Officer and  JOHN MARTINEZ, Parole        :

Officer, by their attorney, ANDREW M. CUOMO, the Attorney General of the State of New

York, will move this Court before the Honorable Sidney H. Stein, United States District  Judge,

at the United States Courthouse, 500 Pearl Street,  Courtroom 23A, New York,, New York at

10:00 A.M. on September 4, 2008, or on another date set by the Court,  for an Order pursuant to

Rule 12(b)(6) of the Federal Rules of Civil Procedure granting defendants' motion to dismiss

plaintiff's amended complaint,  and  for such further relief as this Court deems just and proper.

       PLEASE TAKE FURTHER NOTICE, that unless otherwise directed by the

Court, pursuant to Local Civil Rule 6.1 (b), answering papers are to be served within ten (10)

business days after service of defendants' moving papers. Reply papers shall be served within

five (5) business days after service of the answering papers.

Dated: New York, New York
      July 29, 2008

                        ANDREW M. CUOMO
                        Attorney General of the
                        State of New York
                        Attorney for Defendants
                        By:

_____

                        _____

                        DONALD NOWVE
                        Assistant Attorney General
                        120 Broadway, 24th Fl.
                        New York, New York 10271
                        (212) 416-8227

To:   Emery, Celli, Brinckerhoff
      & Abady, LLP
      Attorneys for Plaintiff
      75 Rockefeller Plaza, 20th Fl.
      New York,  New York    10019
      (212)763-5000