

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
ILANN M. MAAZEL
ERIC HECKER
MARIANN MEIER WANG
SARAH NETBURN
KATHERINE ROSENFELD
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KENNISHA A. AUSTIN
DEBRA L. GREENBERGER
ELORA MUKHERJEE

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
75 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10019

TELEPHONE
(212) 763-5000
TELECOPIER
(212) 763-5001
WEB ADDRESS
www.ccbalaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

August 7, 2008

By Facsimile No. 212-805-7924
The Honorable Sidney H. Stein
United States District Judge
500 Pearl Street, Room 1010
New York, NY 10007

**MEMO ENDORSED**

Re: *Hardy, et al. v. Fischer, et al.*, 08 Civ. 2460 (SHS)
*Coleman v. Fischer, et al.*, 07 Civ. 7790 (SHS) — *file in*

Dear Judge Stein:

This firm represents plaintiffs in the above-referenced cases. We write, with defendants consent, to request a four day extension (from August 11 to August 15) of plaintiffs' time to file reply papers in support of their motion for class certification in the *Hardy* case, and for a coordinated briefing schedule for defendants' motions to dismiss in both the *Coleman* and *Hardy* cases.

***Motion for Class Certification.*** Plaintiffs in *Hardy* moved for certification of a Rule 23(b)(2) injunctive class on June 27, 2008. Thereafter, this Court granted defendants' request to excuse their failure to timely oppose the motion and directed defendants to file opposition papers by no later than August 1, 2008. Defendants filed their opposition papers on August 2, 2008. Pursuant to Local Civil Rule 6.1(b)(3), plaintiffs' reply papers are due on August 11, 2008. Plaintiffs, with defendants' consent, request that the deadline be extended to August 15, 2008.

***Motions Dismiss.*** Defendants in the *Coleman* case moved to dismiss on July 30, 2008. Defendants in the *Hardy* case moved to dismiss on August 2, 2008 on virtually identical grounds. Plaintiffs request, with defendants' consent, that the remaining briefing on the two cases be consolidated and that plaintiffs be afforded until September 12, 2008 to file opposition papers, with defendants' reply brief due no later than September 26, 2008.

Respectfully submitted,

Matthew D. Brinckerhoff (3552)

SO ORDERED 8/8/08

SIDNEY H. STEIN
U.S.D.J.

c: Michael Keane, Esq., (by fax (212.416.8550))
Donald Nowve, Esq., (by fax (212.416.8550))